IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

OBADIAH INC,                  §
                                 §
               Plaintiff,      §
                                 §
v.                                  §      Civil Action No.  3:22-CV-2311-D
                                 §
LIBERTY MUTUAL INSURANCE    §
COMPANY et al.,            §
                                 §
             Defendants.    §

## ORDER

The mediator has advised the court that the parties have settled this case.  Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The April 8, 2024 trial setting is vacated, the November 10, 2023 motion for summary judgment is denied without prejudice, and all unexpired deadlines are stayed.

**SO ORDERED**.

December 1, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE