**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **OBADIAH INC. dba IDEAL FLOORS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **LIBERTY MUTUAL INSURANCE** | § | **Civil Action No. 3:22-CV-2311-D** |
| **COMPANY, aka LIBERTY MUTUAL** | § | |
| **COMMERCIAL INSURANCE;** | § | |
| **LIBERTY INSURANCE** | § | |
| **CORPORATION, and OHIO** | § | |
| **SECURITY INSURANCE COMPANY** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Obadiah, Inc. dba Ideal Floors and Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company (collectively, the "Parties"), file this Joint Stipulation of Dismissal with Prejudice, and would respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed with prejudice to the re-filing of same.

Respectfully submitted,


*/s/  Nicole S. Terrill (with permission)*
Karen Ensley
SBN 24045835
Karen@EBLawTexas.com
Brian L. Benitez
SBN 24082679
Brian@EBLawTexas.com
Nicole S. Terrill
SBN 24090131
NTerrill@EBLawTexas.com

**ENSLEY BENITEZ LAW, PC**
12222 Merit Dr, Ste 900
Dallas, Texas 75251
Ph: 469-983-6500
Fax: 469-983-7070

Tim Hoch
State Bar No. 09744950
tim@hochlawfirm.com
**HOCH LAW FIRM, P.C**
5616 Malvey Avenue
Fort Worth, Texas 76107
817-731-9703
817-731-9706 - Fax

**ATTORNEYS FOR PLAINTIFF**


*/s/  Michael S. Diksa*
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL C. DIKSA
State Bar No. 24012531

**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: mark.tillman@tb-llp.com
E-mail: mike.dksa@tb-llp.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on December 18, 2023, a true and correct copy of the above and foregoing instrument was served *via electronic service* upon:

**ATTORNEYS FOR PLAINTIFFS**
Karen Ensley
Karen@EBLawTexas.com
Brian L. Benitez
Brian@EBLawTexas.com
Nicole S. Terrill
NTerrill@EBLawTexas.com
ENSLEY BENITEZ LAW, PC
12222 Merit Dr, Ste 900
Dallas, Texas 75251
Ph: 469-983-6500
Fax: 469-983-7070

Tim Hoch
tim@hochlawfirm.com
HOCH LAW FIRM, P.C.
5616 Malvey Avenue
Fort Worth, Texas 76107
817-731-9703
817-731-9706 - Fax

*/s/ Michael C. Diksa*
MICHAEL C. DIKSA