IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OBADIAH INC. dba IDEAL FLOORS, § <br> §<br>  Plaintiff, §<br> §<br> v. §<br> §<br> LIBERTY MUTUAL INSURANCE §<br> COMPANY, aka LIBERTY MUTUAL §<br> COMMERCIAL INSURANCE; §<br> LIBERTY INSURANCE §<br> CORPORATION, and OHIO §<br> SECURITY INSURANCE COMPANY §<br> §<br>  Defendants. § | Civil Action No. 3:22-CV-2311-D |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the Parties' Joint Stipulation of Dismissal with Prejudice. In response to the Joint Stipulation of Dismissal with Prejudice, the Court hereby enters the following order.

It is THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

It is FURTHER ORDERED that all relief not previously granted is hereby DENIED, and that the Clerk is directed to CLOSE this action.

December 18, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE